■ In the Matter of STEPHEN MITCHELL, Petitioner, v LAWRENCE KNIPEL et al., Respondents. [994 NYS2d 158]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit the respondents, justices of the Supreme Court, Kings County, from hearing the petitioner's motion pursuant to CPL 460.50 for a stay of execution of judgment and bail pending his appeal from a judgment of the Supreme Court, Kings County, rendered May 23, 2014, in a criminal action entitled *People v Mitchell*, Kings County indictment No. 4743/10, and in the nature of mandamus to compel the respondent justices to refer the motion to nonparty Justice of the Supreme Court, Kings County Yvonne Lewis, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied as academic, and the proceeding is dismissed, without costs or disbursements.

The instant proceeding has been rendered academic in light of the order of the respondent Justice Alan Marrus dated July 11, 2014, deciding the petitioner's motion pursuant to CPL 460.50. Eng, P.J., Mastro, Sgroi and Barros, JJ., concur.